**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-11196-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy Joe Weidner
34210 State Highway 408
Townville PA 16360

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/12/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: Wilmington Savings Fund Society FSB d/b/a, c/o Dwaldmanlaw PC, 4900 Carlisle Pike, ste. 182, Mechanicsburg, PA  17050

Name and Address of Transferee:

U.S. Bank Trust National Association, as trustee f
3000 Kellway Dr. Ste 150
Carrollton, TX  75006

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/15/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy Joe Weidner  
    Debtor

Case No. 16-11196-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: lfin      Page 1 of 1      Date Rcvd: Dec 13, 2018  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.  
14749462     +Wilmington Savings Fund Society FSB d/b/a,   c/o Dwaldmanlaw PC,   4900 Carlisle Pike, ste. 182,   Mechanicsburg, PA 17050-7709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:  
        Daniel P. Foster    on behalf of Debtor Timothy Joe Weidner dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt    on behalf of Creditor   Citibank, N.A., as Trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com  
        Kathryn M Wakefield    on behalf of Creditor   Wilmington Savings Fund Society FSB Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V kwakefieldbizlaw@gmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                     TOTAL: 5