**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/17/21 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: <br> TIMOTHY JOE WEIDNER <br><br> Debtor(s) <br> Ronda J. Winnecour, Trustee <br> Movant <br> vs. <br> TIMOTHY JOE WEIDNER <br><br> Respondents | Case No.16-11196TPA <br><br> Chapter 13 <br><br> Related Document No.48 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __17th__ day of __December__, 20__21__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Steadman Tool And Die
Attn: Payroll Manager
32883 State Hwy 408
Townville, PA 16360

is hereby ordered to immediately terminate the attachment of the wages of TIMOTHY JOE WEIDNER, social security number XXX-XX-8549. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TIMOTHY JOE WEIDNER.

FURTHER ORDERED:

BY THE COURT:

_____asg_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                          Case No. 16-11196-TPA

Timothy Joe Weidner                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                                      User: lfin                                                           Page 1 of 2

Date Rcvd: Dec 17, 2021                                     Form ID: pdf900                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

**Recip ID              Recipient Name and Address**
db                      + Timothy Joe Weidner, 34210 State Highway 408, Townville, PA 16360-3412

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021                                       Signature:             /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Timothy Joe Weidner dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Kathryn M Wakefield | on behalf of Creditor Wilmington Savings Fund Society FSB Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V kwakefieldbizlaw@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: lfin Page 2 of 2
Date Rcvd: Dec 17, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5