**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-11196-TPA |
| | Chapter 13 |
| Timothy Joe Weidner | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**Mill City Mortgage Loan Trust 2019-1, Wilmington Savings Fund Society, FSB, as Trustee**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 20th day of January, 2022, to the following:

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Timothy Joe Weidner
34210 State Highway 408
Townville, PA 16360

*Debtor(s)*

                                             By:      /s/ Steven K. Eisenberg
                                                           Steven K. Eisenberg, Esquire