**Fill in this information to identify the case:**

Debtor 1 _____Timothy Joe Weidner_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western District of Pennsylvania__
(State)

Case number   16-11196-TPA

# Official Form 4100R

## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of creditor: Mill City Mortgage Loan Trust 2019-1, Wilmington Savings Fund Society, FSB, as Trustee

**Court claim no.** (if known):   5-1

Last 4 digits of any number you use to identify the debtor's account:   0237

Property address:
**34210 RT 408
Townville, PA 16360**

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payments from the debtor(s) is due on:   _02/01/2022
                                                                MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, include all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                                   (a) $_____
b. Total fees, charges, expenses, escrow, and costs outstanding:              (b) $_____
c. **Total.** Add lines a and b.                                              (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments(s) that first became due on:   ____/__/____
                                                                        MM/DD/YYYY

| Debtor 1 | Timothy Joe Weidner | Case number (*if known*) 16-11196-TPA |
|---|---|---|

### Part 4: Itemized payment History

If the creditor disagrees in Part 2 that the prepetition arrearage had been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X  /s/ Daniel P. Jones         Date January 24, 2022
   Signature

Print:   Daniel P.            Jones
         First Name   Middle Name   Last Name

Title:   Attorney for Creditor

Company: Stern & Eisenberg, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address:
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976

Contact phone (215) 572-8111          Email: djones@sterneisenberg.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date: January 24, 2022

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com
*Counsel for Debtor*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Timothy Joe Weidner
34210 RT 408
Townville, PA 16360
*Debtor(s)*

                                                By:   /s/ Daniel P. Jones
                                                      Daniel P. Jones, Bar No: 321876
                                                        Stern & Eisenberg, P.C.
                                                       1581 Main Street, Suite 200
                                                       The Shops at Valley Square
                                                       Warrington, PA 18976
                                                       djones@sterneisenberg.com
                                                       Phone: 215-572-8111
                                                       Fax: (215) 572-5025
                                                      Counsel for Movant