Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Timothy Joe Weidner** | : | Case No. 16−11196−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 58 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/6/22 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this **The 27th of January, 2022**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 58 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before March 14, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on ***April 6, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11196-TPA |
| Timothy Joe Weidner | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 27, 2022 | Form ID: 300b | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Joe Weidner, 34210 State Highway 408, Townville, PA 16360-3412 |
| cr | + | Wilmington Savings Fund Society FSB Christiana Tru, c/o DWaldmanLaw PC, P O Box 5162, Largo, FL 33779-5162 |
| 14638904 | + | Citibank, N.A., 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 15335565 | | Mill City Mortgage Loan Trust 2019-1, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14338925 | + | Shellpoint Mortgage Service, 75 Beattie Plaza, Suite 300, Greenville, SC 29601-2138 |
| 14354141 | + | The One Credit Union, 300 Arch St., Meadville, PA 16335-3217 |
| 14963462 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14338929 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 14749462 | + | Wilmington Savings Fund Society FSB d/b/a, c/o Dwaldmanlaw PC, 4900 Carlisle Pike, ste. 182, Mechanicsburg, PA 17050-7709 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14338918 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:58 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14338920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:31 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14338921 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14338922 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Capital / Overst, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14338919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:37:11 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14338923 | + | Email/Text: ahefner@onefcu.com | Jan 27 2022 23:39:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 14338924 | + | Email/Text: mwetherbee@mmchs.org | Jan 27 2022 23:38:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14638795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14378186 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14338925 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 27 2022 23:38:00 | Shellpoint Mortgage Service, 75 Beattie Plaza, Suite 300, Greenville, SC 29601-2138 |
| 14338926 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:57 | Synchrony Bank / Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14338927 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:58 | Synchrony Bank / Walmart, Po Box 965064, |

Case 16-11196-TPA   Doc 60   Filed 01/29/22   Entered 01/30/22 00:27:52   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 300b | Total Noticed: 21 |

| 14338928 | + Email/Text: bankruptcydepartment@tsico.com | Orlando, FL 32896-5064 |
|---|---|---|
| | | Jan 27 2022 23:38:00   Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., as Trustee for CMLTI Asset Trust |
| cr | | Mill City Mortgage Loan Trust 2019-1 Wilmington Sa |
| cr | | Mill City Mortgage Loan Trust 2019-1, |
| cr | | PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na |
| cr | * | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Timothy Joe Weidner dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel Philip Jones | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society FSB as Trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kathryn M Wakefield | on behalf of Creditor Wilmington Savings Fund Society FSB Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V kwakefieldbizlaw@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society FSB as Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 7