**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TIMOTHY JOE WEIDNER

    Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
  vs.
No Respondents.

Case No.:16-11196 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/20/2016 and confirmed on 3/7/17. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 38,800.00 |
| Less Refunds to Debtor | | 48.55 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 38,751.45 |
| | | | | |
| Administrative Fees | | | | |
| Filing Fee | | 0.00 | | |
| Notice Fee | | 0.00 | | |
| Attorney Fee | | 3,300.00 | | |
| Trustee Fee | | 1,836.70 | | |
| Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 5,136.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| MILL CITY MORTGAGE LOAN TRUST-2019 | 0.00 | 28,766.73 | 0.00 | 28,766.73 |
| Acct: 0237 | | | | |
| MILL CITY MORTGAGE LOAN TRUST-2019 | 3,716.80 | 3,716.80 | 0.00 | 3,716.80 |
| Acct: 0237 | | | | |
| | | | | 32,483.53 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIMOTHY JOE WEIDNER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIMOTHY JOE WEIDNER | 48.55 | 48.55 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 390.04 | 22.56 | 0.00 | 22.56 |
| Acct: 8089 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 144.11 | 8.34 | 0.00 | 8.34 |
| Acct: 6318 | | | | |
| THE ONE FCU F/K/A MEADVILLE AREA FC | 14,757.47 | 853.65 | 0.00 | 853.65 |
| Acct: 8549 | | | | |
| THE ONE FCU F/K/A MEADVILLE AREA FC | 4,264.27 | 246.67 | 0.00 | 246.67 |
| Acct: 8549 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6650 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |

16-11196 TPA                                                                                                    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | 1,131.22 |

**TOTAL PAID TO CREDITORS**                                                                                   33,614.75

TOTAL CLAIMED
PRIORITY            0.00
SECURED         3,716.80
UNSECURED      19,555.89


Date: 01/26/2022                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TIMOTHY JOE WEIDNER

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-11196 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy Joe Weidner  
    Debtor

Case No. 16-11196-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Jan 27, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Joe Weidner, 34210 State Highway 408, Townville, PA 16360-3412 |
| cr | + | Wilmington Savings Fund Society FSB Christiana Tru, c/o DWaldmanLaw PC, P O Box 5162, Largo, FL 33779-5162 |
| 14638904 | + | Citibank, N.A., 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 15335565 | | Mill City Mortgage Loan Trust 2019-1, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14338925 | + | Shellpoint Mortgage Service, 75 Beattie Plaza, Suite 300, Greenville, SC 29601-2138 |
| 14354141 | + | The One Credit Union, 300 Arch St., Meadville, PA 16335-3217 |
| 14963462 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14338929 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 14749462 | + | Wilmington Savings Fund Society FSB d/b/a, c/o Dwaldmanlaw PC, 4900 Carlisle Pike, ste. 182, Mechanicsburg, PA 17050-7709 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14338918 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:37:11 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14338920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:37:17 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14338921 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14338922 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Capital / Overst, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14338919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:36:10 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14338923 | + | Email/Text: ahefner@onefcu.com | Jan 27 2022 23:39:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 14338924 | + | Email/Text: mwetherbee@mmchs.org | Jan 27 2022 23:38:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14638795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14378186 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14338925 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 27 2022 23:38:00 | Shellpoint Mortgage Service, 75 Beattie Plaza, Suite 300, Greenville, SC 29601-2138 |
| 14338926 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:58 | Synchrony Bank / Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14338927 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:16 | Synchrony Bank / Walmart, Po Box 965064, |

Case 16-11196-TPA   Doc 61   Filed 01/29/22   Entered 01/30/22 00:27:52   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5064 |
| 14338928 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Jan 27 2022 23:38:00 | Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., as Trustee for CMLTI Asset Trust |
| cr | | Mill City Mortgage Loan Trust 2019-1 Wilmington Sa |
| cr | | Mill City Mortgage Loan Trust 2019-1, |
| cr | | PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na |
| cr | * | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022              Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Timothy Joe Weidner dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel Philip Jones | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society FSB as Trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kathryn M Wakefield | on behalf of Creditor Wilmington Savings Fund Society FSB Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V kwakefieldbizlaw@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society FSB as Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 7