| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Timothy Joe Weidner <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8549 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16-11196-TPA | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy Joe Weidner

<u>3/18/22</u>      **By the court:** <u>Thomas P. Agresti</u>
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy Joe Weidner  
    Debtor

Case No. 16-11196-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Mar 18, 2022     Form ID: 3180W     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Joe Weidner, 34210 State Highway 408, Townville, PA 16360-3412 |
| cr | + | Wilmington Savings Fund Society FSB Christiana Tru, c/o DWaldmanLaw PC, P O Box 5162, Largo, FL 33779-5162 |
| 14638904 | + | Citibank, N.A., 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 15335565 | | Mill City Mortgage Loan Trust 2019-1, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14354141 | + | The One Credit Union, 300 Arch St., Meadville, PA 16335-3217 |
| 14963462 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14749462 | + | Wilmington Savings Fund Society FSB d/b/a, c/o Dwaldmanlaw PC, 4900 Carlisle Pike, ste. 182, Mechanicsburg, PA 17050-7709 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 19 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2022 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 19 2022 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2022 23:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14338918 | + | EDI: CAPITALONE.COM | Mar 19 2022 03:18:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14338920 | + | EDI: CITICORP.COM | Mar 19 2022 03:18:00 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14338921 | + | EDI: WFNNB.COM | Mar 19 2022 03:18:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14338922 | + | EDI: WFNNB.COM | Mar 19 2022 03:18:00 | Comenity Capital / Overst, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14338919 | | EDI: JPMORGANCHASE | Mar 19 2022 03:18:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14338923 | + | Email/Text: ahefner@onefcu.com | Mar 18 2022 23:18:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 14338924 | + | Email/Text: mwetherbee@mmchs.org | Mar 18 2022 23:18:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14638795 | | EDI: PRA.COM | Mar 19 2022 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 16-11196-TPA   Doc 65   Filed 03/20/22   Entered 03/21/22 00:23:09   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: 3180W | Total Noticed: 23 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14378186 | | EDI: Q3G.COM | Mar 19 2022 03:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14338925 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 18 2022 23:18:00 | Shellpoint Mortgage Service, 75 Beattie Plaza, Suite 300, Greenville, SC 29601-2138 |
| 14338926 | + | EDI: RMSC.COM | Mar 19 2022 03:18:00 | Synchrony Bank / Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14338927 | + | EDI: RMSC.COM | Mar 19 2022 03:18:00 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14338928 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 18 2022 23:18:00 | Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |
| 14338929 | | EDI: WFFC.COM | Mar 19 2022 03:18:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., as Trustee for CMLTI Asset Trust |
| cr | | Mill City Mortgage Loan Trust 2019-1 Wilmington Sa |
| cr | | Mill City Mortgage Loan Trust 2019-1, |
| cr | | PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na |
| cr | * | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2022         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Timothy Joe Weidner dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel Philip Jones | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society FSB as Trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kathryn M Wakefield | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 18, 2022 | Form ID: 3180W | Total Noticed: 23 |

    on behalf of Creditor Wilmington Savings Fund Society FSB Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V kwakefieldbizlaw@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society FSB as Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 7