**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/18/22 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  TIMOTHY JOE WEIDNER

         Debtor(s)

  Ronda J. Winnecour
         Movant
    vs.
  No Repondents.

Case No.:16-11196 TPA

Chapter 13

Related Document No.: 58

ORDER OF COURT

  AND NOW, this 18th day of March, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11196-TPA |
| Timothy Joe Weidner | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2

Date Rcvd: Mar 18, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Joe Weidner, 34210 State Highway 408, Townville, PA 16360-3412 |
| cr | + | Wilmington Savings Fund Society FSB Christiana Tru, c/o DWaldmanLaw PC, P O Box 5162, Largo, FL 33779-5162 |
| 14638904 | + | Citibank, N.A., 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 15335565 | | Mill City Mortgage Loan Trust 2019-1, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14354141 | + | The One Credit Union, 300 Arch St., Meadville, PA 16335-3217 |
| 14963462 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14338929 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 14749462 | + | Wilmington Savings Fund Society FSB d/b/a, c/o Dwaldmanlaw PC, 4900 Carlisle Pike, ste. 182, Mechanicsburg, PA 17050-7709 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14338918 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2022 23:18:33 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14338920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2022 23:18:43 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14338921 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2022 23:18:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14338922 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2022 23:18:00 | Comenity Capital / Overst, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14338919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2022 23:18:33 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14338923 | + | Email/Text: ahefner@onefcu.com | Mar 18 2022 23:18:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 14338924 | + | Email/Text: mwetherbee@mmchs.org | Mar 18 2022 23:18:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14638795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2022 23:18:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14378186 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2022 23:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14338925 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 18 2022 23:18:00 | Shellpoint Mortgage Service, 75 Beattie Plaza, Suite 300, Greenville, SC 29601-2138 |
| 14338926 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 23:18:42 | Synchrony Bank / Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14338927 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 23:18:42 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: pdf900 | Total Noticed: 21 |

| 14338928 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 18 2022 23:18:00 | Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., as Trustee for CMLTI Asset Trust |
| cr | | Mill City Mortgage Loan Trust 2019-1 Wilmington Sa |
| cr | | Mill City Mortgage Loan Trust 2019-1, |
| cr | | PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na |
| cr | * | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Timothy Joe Weidner dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel Philip Jones | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society FSB as Trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kathryn M Wakefield | on behalf of Creditor Wilmington Savings Fund Society FSB Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V kwakefieldbizlaw@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society FSB as Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 7